JUDGE FRANK MONTALVO

FILED

2007 JUL 11 AM 11: 26

CLERK
WESTERN DISTRICT COURT
BY_____ OF TEXAS
                    DEPUTY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § | **INDICTMENT** |
| | § | |
| v. | § | EP - 07 - CR - _____ |
| | § | |
| KELLY ALLEN JONES, SR., | § | [VIOLATIONS: |
| Defendant. | § | **Count 1:** 18 U.S.C. § 2422(b) |
| | § | Attempted Coercion and Enticement of a |
| | § | Minor to Engage in Sexual Activity |

EP07CR1616

**THE GRAND JURY CHARGES:**

### COUNT ONE
(18 U.S.C. § 2422(b))

Beginning on or about October 23, 2007 and continuing until on or about June 15, 2007, in the Western District of Texas, and elsewhere, the defendant,

**KELLY ALLEN JONES, SR.,**

used a facility, to wit: accessed internet services via a computer, to knowingly persuade, induce, entice and coerce an individual, who was at that time under the age of eighteen (18) years, and intentionally attempted to engage such individual in sexual activity under such circumstances as would constitute a criminal offense under V.T.C.A. Penal Code § 21.11, in violation of 18 U.S.C. §2422(b).

### Notice of Government's Demand for Forfeiture
(18 U.S.C. §2253 and 21 U.S.C. §853)

As a result the defendant, **KELLY ALLEN JONES, SR.**'s, conviction of the offense set forth in Count One, the Defendant, **KELLY ALLEN JONES, SR.**, shall forfeit to the United States pursuant to Titles 18 U.S.C. §2253 and 21 U.S.C. § 853 any visual depiction described in Title 18 U.S.C. §§ 2251, or 2252, or any book, magazine, periodical, film, videotape, or other matter which

contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, U.S.C. Chapter 110, and pursuant to Title 18, U.S.C., Section 2253(a)(3) any personal property used or intended to be used to commit or promote the commission of such offense, including the following property:

    a.    a Dell Inspiron 1300 Laptop Computer, Serial number: 53NNZ91, Bar Code No. CN-ORJ272-70166-640-0250

A TRUE BILL.

_____
FOREPERSON OF THE GRAND JURY

JOHNNY SUTTON
UNITED STATES ATTORNEY

BY: _____
Assistant U.S. Attorney

2