PROB 12B (7/93)

# UNITED STATES DISTRICT COURT

for

**WESTERN DISTRICT OF TEXAS**

FILED
2016 MAR 31 PM 3: 15
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

**Name of Offender:** Kelly Allen Jones, Sr.

**Case Number:** EP-07-CR-1616FM

**Name of Sentencing Judicial Officer:** Frank Montalvo, U.S. District Judge

**Date of Original Sentence:** November 14, 2007

**Original Offense:** Attempting to coerce and entice a minor to engage in sexual activity; a violation of 18 U.S.C. § 2422.

**Original Sentence:** One-hundred twenty (120) months custody followed by a ten-year term of supervised release.

**Type of Supervision:** Supervised Release

**Date Supervision Scheduled To Commence:** March 30, 2016

## PETITIONING THE COURT

[ ]  To extend the term of supervision for ____ years, for a total term of ____ years.

[X]  To modify the conditions of supervision as follows:

   **The defendant must reside at and complete a program at a Residential Reentry Center approved by the probation officer for a period of (up to) 6 months.**

## CAUSE

Kelly Allen Jones, Sr. is currently residing in Diersen Charities Halfway House in Albuquerque, New Mexico under the Bureau of Prisons jurisdiction and is scheduled to commence his term of supervised release on March 30, 2016. Jones had submitted a suitable release plan; however, the release plan has now changed due to unforeseen circumstances and Jones will be homeless at the start of supervision. As such, he has agreed to an extension to his placement in Diersen Charities to allow him the opportunity to seek employment to save money to secure personal residence.

On March 24, 2016, the Defendant waived his statutory rights to a hearing to modify the conditions of supervised release by endorsing the attached PROB 49, Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision.

Kelly Allen Jones, Sr.
Docket No. EP-07-CR-1616FM
Request for Modifying the Conditions or Term of Supervision
Page 2

Respectfully submitted,

REBECCA GONZALES
Senior U.S. Probation Officer
Office (915) 585-6559
Cellular (915) 861-8572

Date: March 28, 2016

Approved by,

OTIS L. MARTIN
Supervising U.S. Probation Officer
Office (915) 585-6563
Cellular (915) 861-8288

## THE COURT ORDERS:

[ ] No action.

[ ] The extension of supervision as noted above.

[X] The modification of conditions as noted above.

[ ] Other

FRANK MONTALVO
U.S. District Judge

3/29/16

Date

PROB 49
(3/89)

# United States District Court

Western District of Texas

## Waiver of Hearing to Modify Conditions
## of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

The defendant must reside at and complete a program at a Residential Reentry Center approved by the probation officer for a period of (up to) 6 months.

Witness _____          Signed _____
        (U.S. Probation Officer)                    (Probationer or Supervised Releasee)

_____
        3-24-16
        (Date)